IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ARVEDA, LLC d/b/a Stromgren Supports a Kansas corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>WSI MANUFACTURING CO., a Minnesota corporation,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)　Case No. 2:06-CV-02549-KHV-DJW<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

　　　　The Complaint filed December 13, 2006 by Plaintiff Arveda, LLC d/b/a Stromgren Supports is hereby dismissed without prejudice.

　　　　IT IS SO ORDERED.

Dated: April 3, 2007　　　　　　　　　　　　s/ Kathryn H. Vratil
　　　　_____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　U. S. District Judge